# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ANA ROSA ALFONSO AGRINZONES, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
  )
  Plaintiff, ) 1:18-cv-22599-UU
vs. )
  )
RINCON CRIOLLO RESTAURANT AND )
CAFETERIA INC., )
ANTONIO J GONZALEZ, )
BARBARA GONZALEZ, )
  )
  Defendants )
_____ )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
RINCON CRIOLLO RESTAURANT AND CAFETERIA INC.
Registered Agent: Antonio J Gonzalez
17773 ~~1773 NW 87 PL. Place~~  2601 NW 35 Ave
Miami, FL 33018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 28, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

SERVED
DATE 7/2/18
TIME 11:45 am

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

18- 22595

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rincon Criollo Restaurant Inc
was received by me on *(date)* 6/28/18.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Antonio Gonzalez RA , who is
designated by law to accept service of process on behalf of *(name of organization)* Rincon
Criollo Restaurant . Inc on *(date)* 7/2/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/2/18

Server's signature

Frank Ayllon
*Printed name and title*

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ANA ROSA ALFONSO AGRINZONES, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br><br>vs.<br><br>RINCON CRIOLLO RESTAURANT AND CAFETERIA INC.,<br>ANTONIO J GONZALEZ,<br>BARBARA GONZALEZ,<br><br>Defendants | 1:18-cv-22599-UU |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ANTONIO J GONZALEZ
2601 NW 39 Avenue                OR        17773 NW 87 Place
Miami, FL 33142                             Miami, FL 33018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 28, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-22595

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Antonio Granda

was received by me on *(date)* 6/28/18 .

☒ I personally served the summons on the individual at *(place)* 2601 NW 35 Ave
Miami, FL on *(date)* 7/2/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/2/18

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ANA ROSA ALFONSO AGRINZONES, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
    Plaintiff, )    1:18-cv-22599-UU
vs. )
)
RINCON CRIOLLO RESTAURANT AND )
CAFETERIA INC., )
ANTONIO J GONZALEZ, )
BARBARA GONZALEZ, )
)
    Defendants )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
BARBARA GONZALEZ
2601 NW 39 Avenue    OR    17773 NW 87 Place
Miami, FL 33142                    Miami, FL 33018



A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jun 28, 2018__

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-22595

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Spusana Guzola

was received by me on *(date)* 6/29/18 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Antonio Guzalez (H/s) , a person of suitable age and discretion who resides there,
on *(date)* 7/2/18 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ $0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/2/18

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc: