**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:18-cv-22599-UU

ANA ROSA ALFONSO ARGINZONES

    Plaintiff,
v.

RINCON CRIOLLO RESTAURANT
AND CAFETERIA INC., *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court *sua sponte*. THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On June 28, 2018, Plaintiff served her Complaint on Defendants such that their response was due on July 19, 2018. D.E. 6. As of the date of this order, Defendants have not filed a response nor otherwise appeared in the action. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court is directed to ENTER A DEFAULT against Defendant Rincon Criollo Restaurant and Cafeteria, Inc., Antonio J. Gonzalez, and Barbara Gonzalez. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against Defendant, duly supported by affidavits and other documentation and a proposed Final Order by **August 3, 2018**. Failure to comply with this Order will result in dismissal of Plaintiff's Complaint without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of July, 2018.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record