UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-22599-UU

ANA ROSA ALFONSO AGRINZONES,

    Plaintiff,
v.

RINCON CRIOLLO RESTAURANT
AND CAFETERIA, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Defendants' Unopposed Motion for Extension of Time to Answer, Respond, or Otherwise Plead to Plaintiff's Complaint (the "Motion"). D.E. 11.

The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On July 7, 2018, Plaintiff served his complaint on Defendants such that Defendants' response is due on July 30, 2018. D.E. 11 ¶ 1. On July 27, 2018, Defendants filed the instant Motion, seeking a fourteen (14) day extension of time until August 13, 2018 to file a response. Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. In support of its motion, Defendants state that their counsel has been communicating with Plaintiff's counsel toward amicable resolution of this issue and that the extension requested would facilitate settlement. D.E. 11. This is not good cause for the lengthy extension requested. The parties have not reduced their settlement to writing and the Court will not delay its docket to accommodate vague discussions of settlement. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 11, is DENIED. Defendants SHALL FILE a response to Plaintiff's Complaint by **Wednesday, August 1, 2018**. **Failure to respond by this date will result in a clerk's entry of default against Defendants.**

DONE AND ORDERED in Chambers at Miami, Florida, this __30TH_ day of July, 2018.

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record