UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-CV-22599-UU

ANA ROSA ALFONSO AGRINZONES and )
all others similarly situated under 29 U.S.C. § )
216(b), )
                            Plaintiff, )
    vs. )

RINCON CRIOLLO RESTAURANT AND )
CAFETERIA INC., )
ANTONIO J. GONZALEZ, )
BARBARA GONZALEZ, )

                         Defendants. )

**JOINT PLANNING AND SCHEDULING REPORT**

Plaintiff and Defendants, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 26(f), S.D. Fla. L.R. 16.1(B), and the Court's Order, hereby file this Joint Planning and Scheduling Report.

A.    The Likelihood of Settlement

The Parties intend to explore, in good faith, the possibilities of settlement and will continue to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5), as this case progresses further.

B.    The Likelihood of Appearance in the Action of Additional Parties

At the present time, the Parties do not anticipate adding any additional Parties. However, the Parties will seek leave to amend, if applicable. Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable.

C.    Proposals for the Formulation and Simplification of Issues

The Parties agree to cooperate in trying to simplify the issues through discovery.

D.    The Necessity or Desirability of Amendments to the Pleadings

1

Plaintiff intends to fully utilize the FLSA opt-in process and will seek leave to amend or certify if applicable. Plaintiff demands a trial by jury.

E.   The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

F.   Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence

The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial as to those facts and evidence where there is no dispute.

G.   Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master

The Parties do not agree to consent to the Magistrate at this time.

H.   Preliminary Estimate of the Time Required for Trial

The Parties estimate this case will require 3 to 4 days for trial. Plaintiff requests a trial by jury.

I.   Any Other Information that Might be Helpful to the Court

Counsel for the Plaintiff are Jewish and observe the High Holy Days. Plaintiff's counsel's firm is closed in observance of said holidays on 9/10/18, 9/11/18, 9/19/18, 9/24/18, 9/25/18, 10/1/18, 10/2/18, 1/1/18, 4/25/19, 4/26/19. Defendants and Defense Counsel are unavailable on the following days: 10/26/18, 11/02/18, 11/5/18, 12/24/18, 04/19/19.

DATED:  The 15th day of August, 2018.

By: /s/ Neil Tobak, Esq._____
    Neil Tobak, Esq.
    Fla. Bar No. 093940
    ntobak.zidellpa@gmail.com
    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL 33141
    Telephone: (305) 865-6766
    Facsimile: (305) 865-7167

By: /s/ Alexander Castro_____
    Suhaill M. Morales
    Florida Bar No.: 084448
    smorales@anblaw.com
    Alexander Castro
    Florida Bar No.: 1003630
    acastro@anblaw.com
    Allen, Norton & Blue, P.A.
    121 Majorca Avenue, Suite 300

2

*Attorney for Plaintiffs*                  Coral Gables, Florida 33134
                                                                Telephone: (305)-445-7801
                                                                Facsimile: (305)-442-1578
                                                                Counsel for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:18-CV-22599-UU

ANA ROSA ALFONSO AGRINZONES and )
all others similarly situated under 29 U.S.C. § )
216(b), )
 )
        Plaintiff, )
vs. )
 )
RINCON CRIOLLO RESTAURANT AND )
CAFETERIA, INC., )
ANTONIO J. GONZALEZ, )
BARBARA GONZALEZ, )
 )
        Defendants. )
 )

**PROPOSED SCHEDULING ORDER**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **July 15, 2019**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, July 10, 2019**. A **Status Conference** will be held at **9:30 a.m. on Wednesday, June 26, 2019**. The parties shall adhere to the following schedule[1]:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing to amend the complaint by: | **October 25, 2018** |
| 2. | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify: | **January 21, 2019** |
| 3. | Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by: | **September 14, 2018** |

---

[1]Counsel for the Plaintiff are Jewish and observe the High Holy Days.  Plaintiff's counsel's firm is closed in observance of said holidays on 9/10/18, 9/11/18, 9/19/18, 9/24/18, 9/25/18, 10/1/18, 10/2/18, 1/1/18, 4/25/19, 4/26/18. Defendants and Defense Counsel are unavailable on the following days: 10/26/18, 11/02/18, 11/5/18, 12/24/18, 04/19/19.

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by: **September 21, 2018**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by: **October 5, 2018**

6. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by: **October 31, 2018**

7. Fact discovery shall be completed by: **March 23, 2019**

8. Expert discovery shall be completed by: **March 23, 2019**

9. Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by: **April 25, 2019**

10. Mediation shall be completed by: **April 5, 2019**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by: **May 11, 2019**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by: **May 18, 2019**

13. Electronic versions of documentary exhibits and Certificates of Compliance re: Admitted Evidence shall be filed on CM/ECF by: **May 25, 2019**

DATED: The 15th day of August, 2018.

By: */s/ Neil Tobak, Esq.*
   Neil Tobak, Esq.
   Fla. Bar No. 093940
   ntobak.zidellpa@gmail.com
   J.H. ZIDELL, P.A.
   300 71st Street, Suite 605
   Miami Beach, FL 33141
   Telephone: (305) 865-6766
   Facsimile: (305) 865-7167
   *Attorney for Plaintiffs*

By: */s/ Alexander Castro*
   Suhaill M. Morales
   Florida Bar No.: 084448
   smorales@anblaw.com
   Alexander Castro
   Florida Bar No.: 1003630
   acastro@anblaw.com
   Allen, Norton & Blue, P.A.
   121 Majorca Avenue, Suite 300
   Coral Gables, Florida 33134
   Telephone: (305)-445-7801
   Facsimile: (305)-442-1578
   Counsel for Defendants

## **SERVICE LIST**

J.H. Zidell, Esq.  
Fla. Bar No.  
zabogado@aol.com  
Rivkah Jaff, Esq.  
Fla. Bar No.  
rivkah.jaff@gmail.com  
Neil Tobak, Esq.  
Fla. Bar No. 093940  
ntobak.zidellpa@gmail.com  
J.H. ZIDELL, P.A.  
300 71st Street, Suite 605  
Miami Beach, FL 33141  
Telephone: (305) 865-6766  
Facsimile: (305) 865-7167  
*Attorney for Plaintiffs*

Suhaill M. Morales  
Florida Bar No.: 084448  
smorales@anblaw.com  
Alexander Castro  
Florida Bar No.: 1003630  
acastro@anblaw.com  
Allen, Norton & Blue, P.A.  
121 Majorca Avenue, Suite 300  
Coral Gables, Florida 33134  
Telephone: (305)-445-7801  
Facsimile: (305)-442-1578  
Counsel for Defendants