UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22599-CIV-UNGARO/O'SULLIVAN

ANA ROSA ALFONSO AGRINZONES,

    Plaintiff,

v.

RINCON CRIOLLO RESTAURANT
AND CAFETERIA INC.,
ANTONIO J GONZALEZ and
BARBARA GONZALEZ,

    Defendants.
_____/

## ORDER

THIS CAUSE having come before the Court upon the Parties' Joint Motion to Reschedule Settlement Conference, and for good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

The Parties' Joint Motion to Reschedule Settlement Conference is hereby GRANTED. The settlement conference shall take place before the undersigned on **Friday, September 21, 2018 at 10:30 AM**. The settlement conference previously set for October 2, 2018 is **CANCELLED**. **The parties shall abide by all other terms of the Order Scheduling Settlement Conference (DE# 16, 8/9/18)**.

DONE AND ORDERED in Chambers at Miami, Florida this **17th** day of August, 2018.

                                                                                   _____
                                                                                    JOHN J. O'SULLIVAN
                                                                                     UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record